## Philadelphia, Appellant, *v.* Wallace.

Argued Oct. 22, 1903. Appeal, No. 185, Oct. T., 1903, by plaintiff, from judgment of C. P. No. 4, Phila. Co., Dec. T., 1875, No. 10, on verdict for defendant non obstante veredicto in case of Philadelphia v. John Wallace. Before RICE, P. J., ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY PORTER, J., July 28, 1904:

The questions presented by this record are the same which were involved in the consideration of Philadelphia v. Nell, 25 Pa. Superior Ct. 347, in which an opinion has this day been filed, and must be disposed of in the same manner.

The judgment affirmed.